# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154549

KIMBERLY MARIE MARIK,
     Plaintiff-Appellee,

v

                                    SC: 154549
                                    COA: 333687
                                    Macomb CC Family Division:
                                    2011-000651-DM

PETER BRIAN MARIK,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 12, 2016 order of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the Macomb Circuit Court's June 13, 2016 order denying the defendant father's motion to change the children's school enrollment and to modify parenting time was "a postjudgment order affecting the custody of a minor" and therefore a "final order" under MCR 7.202(6)(a)(iii). The parties should not submit mere restatements of their application papers. We further direct the Clerk to schedule the oral argument in this case for the same future session of the Court when it will hear oral argument in *Ozimek v Rodgers* (Docket No. 154776).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2017



                              Clerk

s0131